```
MARC Y. LAZO, SBN: 215998
K&L LAW GROUP, P.C.
2646 Dupont Drive, Suite 60340
Irvine, CA 92612
Phone No.:    (949) 216-4000
Fax No.:      (800) 596-0370

Attorneys for Plaintiff K&L LAW GROUP, P.C.,
```

**FILED & ENTERED**

**SEP 10 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Steve Yuk Kin Woo,<br><br>          Debtors.<br>_____<br><br>K&L Law Group, P.C.,<br><br>          Plaintiff<br>v.<br><br>Steve Yuk Kin Woo,<br><br>          Defendant.<br>_____ | Case No: 8:21-BK-10768-MW<br><br>Chapter 7<br><br>Adversary Case No.: 8:21-ap-01043-MW<br><br>**ORDER DENYING DEFENDANT STEVE YUK KIN WOO'S MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT**<br><br><u>Hearing:</u><br><br>Date:    September 1, 2021<br>Time:   9:00 A.M.<br>Place:  Courtroom 6C |

On August 31, 2021, the Honorable Mark S. Wallace issued a tentative ruling regarding Defendant Steve Yuk Kin Woo's Motion to Dismiss the Adversary Proceeding of Plaintiff, K&L Law Group, P.C. ("K&L") (the "Motion"). Oral argument was heard on September 1, 2021 at 9:00 a.m.. Wendy Miele appeared via CourtCall on behalf of K&L, and Mr. Woo, represented by Gary Polston, appeared in-person.

//

---

1

ORDER DENYING DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT

1  The Court determined that it clearly possesses jurisdiction to hear and determine adversary proceedings to deny the debtor's discharge or except debt from discharge 28 U.S.C. § 157(b)(2)(J) (objections to discharges). Additionally, the case is not moot. Scheduling the debt does not render the action moot.

Many of the issues raised by Defendant's counsel in oral argument were more appropriate for a summary judgment motion than a motion to dismiss based on the allegations in the Complaint.

Accordingly, the Motion is denied with prejudice. Defendant's Answer is due September 30, 2021.

**IT IS SO ORDERED.**

###

Date: September 10, 2021

Mark S. Wallace
United States Bankruptcy Judge